UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PENSION TRUST FUND FOR OPERATING
ENGINEERS and ROBERT E. LIFSON,

                     Plaintiffs,

v.

ASSISTED LIVING CONCEPTS, INC., and
LAURIE A. BEBO,

                     Defendants.

Case No. 12-CV-884-JPS

ORDER

      On September 6, 2013, the lead plaintiff filed an unopposed motion for preliminary approval of a settlement between the parties. (Docket #69) Given the high dollar amount of the proposed award and the complexity of the remaining approval process, the Court believes that it is appropriate to hold a hearing with the parties before entering preliminary approval as requested by the plaintiffs. In holding this hearing, the Court wishes to ensure that the proposed terms of the settlement are fair and that all parties, including the Court, follow the steps required to effectuate the parties' settlement.

      Accordingly,

      IT IS ORDERED that the Court shall hold a preliminary approval hearing on the outstanding unopposed motion for preliminary approval of settlement (Docket #69). This hearing will be held on Wednesday, September 25, 2013, at 10:00 a.m., CDT. Counsel for the lead plaintiff and both defendants shall be present at this hearing, though only one attorney per party need appear and such appearance may be by phone. On or before

Monday, September 23, 2013, at 4:00 p.m., CDT, each attorney appearing by phone shall provide the court with a direct line at which he or she may be reached for the conference.

Dated at Milwaukee, Wisconsin, this 12th day of September, 2013.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge