UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS and ROBERT LIFSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASSISTED LIVING CONCEPTS, INC. and LAURIE BEBO,<br><br>    Defendants. | Case No. 12-C-884-JPS<br><br>CLASS ACTION<br><br>**EXHIBIT A-3** |

**SUMMARY NOTICE**

TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY-TRADED CLASS A COMMON STOCK OF ASSISTED LIVING CONCEPTS, INC. ("ALC STOCK") BETWEEN MARCH 4, 2011 AND AUGUST 6, 2012, INCLUSIVE:

YOU ARE HEREBY NOTIFIED that a proposed settlement has been reached in this action. A hearing will be held with respect to the settlement on _____, at _:__ _.m. before the Honorable J.P. Stadtmueller in the United States District Court for the Eastern District of Wisconsin, 362 United States District Courthouse, 517 East Wisconsin Ave., Milwaukee, Wisconsin, 53202.

The purpose of the hearing is to determine whether the proposed settlement of the securities class action claims asserted in this litigation, pursuant to which Defendants will pay or cause to be paid the sum of $12,000,000.00 in cash into a settlement fund in exchange for the dismissal of the litigation and a release of claims against Defendants and their related persons and

-1-

entities, should be approved by the Court as fair, reasonable, adequate and in the best interests of the Class, which includes all persons and entities who purchased or otherwise acquired ALC Stock between March 4, 2011 and August 6, 2012, inclusive, and were allegedly damaged thereby, with certain exclusions.

If you purchased or otherwise acquired ALC Stock at any time between March 4, 2011 and August 6, 2012, inclusive, and were allegedly damaged thereby, you may be potentially eligible to share in the distribution of the settlement fund if you submit a claim form no later than [120 days after the Notice Date], establishing that you may be entitled to a recovery.

If you purchased or otherwise acquired ALC Stock at any time between March 4, 2011 and August 6, 2012, inclusive, and were allegedly damaged thereby, you have the right to object to the settlement, the plan of allocation and/or the request by Lead Counsel for an award of attorneys' fees and expenses, or otherwise request to be heard, by submitting for receipt no later than [21 days before the Settlement Hearing] a written objection in accordance with the procedures described in a more detailed notice that has been mailed to persons known to be purchasers or other acquirers of ALC Stock between March 4, 2011 and August 6, 2012, inclusive. You also have the right to exclude yourself from the class by submitting for receipt no later than [21 days before the Settlement Hearing] a written request for exclusion from the Class in accordance with the procedures described in the more detailed notice. If the settlement is approved by the Court, you will be bound by the settlement and the Court's final order and judgment, including the releases provided for in the final order and judgment, unless you submit a timely and valid request to be excluded.

This notice provides only a summary of matters regarding the litigation and the settlement. A detailed notice describing the litigation, the proposed settlement, and the rights of members of the Class to appear in Court at the hearing, to request to be excluded from the Class and/or to object to the settlement, the plan of allocation and/or the request by Lead Counsel for an award of attorneys' fees and expenses has been mailed to persons known to be purchasers or other acquirers of ALC Stock between March 4, 2011 and August 6, 2012, inclusive. You may obtain a

copy of this notice, a proof of claim form, or other information by writing to the following address or calling the following telephone number:

ALC Securities Litigation
Claims Administrator
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217-8091
Toll-free telephone: (866) 963-9978
E-mail: info@ALCSecuritiesLitigation.com

or by downloading the same from www.ALCSecuritiesLitigation.com or www.blbglaw.com.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** Inquiries, other than requests for the detailed notice referenced above and a proof of claim form, may be made to plaintiffs' counsel:

> Blair A. Nicholas, Esq.
> Niki L. Mendoza, Esq.
> BERNSTEIN LITOWITZ BERGER
>     & GROSSMANN LLP
> 12481 High Bluff Drive, Suite 300
> San Diego, CA 92130
> Tel: (866) 648-2524

Dated: _____                By Order of the Clerk of the Court
                                          United States District Court
                                          for the Eastern District of Wisconsin